# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PHILLIP J. SILVAGNI,

        Petitioner

        v.

JEFFREY S. SHORR, ESQUIRE, JOHN A. LORD, ESQUIRE DASHEVSKY, HORWITZ, KUHN & NOVELLO, P.C. SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.,

        Respondents

:  No. 402 EAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.